1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                              CENTRAL DISTRICT OF CALIFORNIA

9
   GURVINDER SINGH,                          )   CASE NO. CV 08-3696-TJH (PJW)
10                                           )
                     Petitioner,             )
11                                           )
            v.                               )   J U D G M E N T
12                                           )
   DHS/ICE,                                  )
13                                           )
                     Respondent.             )
14 _____  )

15       The matter having been rendered moot by the release of

16   Petitioner from custody and his removal from the United States, it is

17   hereby adjudged that the Petition be DISMISSED.

18

19       DATED: December 19, 2008

20

21

22

23   _____
     TERRY J. HATTER, JR.
     UNITED STATES DISTRICT COURT JUDGE
24

25

26

27

28